

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Lechristopher Charles Allen, Appellant

No. 06-12-00166-CR          v.

The State of Texas, Appellee

Appeal from the 114th District Court of Smith County, Texas (Tr. Ct. No. 114-2251-09). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment and withdrawal order to order payment of $195.00 in court costs. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Lechristopher Charles Allen, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 3, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk